```
                                                                    CLERK
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O BOX 50013
    SAN JOSE, CA  95150-0013                                        FILED
 3
    Telephone: (408) 354-4413                                     APR 2 0 2010
 4  Facsimile: (408) 354-5513
                                                              UNITED STATES BANKRUPTCY COURT
 5  Trustee for Debtors                                              SAN FRANCISCO, CA
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ROOSEVELT NEWELL | Case No. 05-51023 MM |
| SYLVIA P NEWELL | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, BRIAN LOYD INLOW DPM in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1.00 as an unclaimed dividend.

     Claim # 11        BRIAN LOYD INLOW DPM
                       1011 CASS ST #102
                       MONTEREY, CA  93940

Dated: April 16, 2010                   _____
                                        DEVIN DERHAM-BURK, TRUSTEE



CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
DEC 15 2009
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

TO THE ORDER OF
BRIAN LOYD INLOW DPM
1011 CASS ST #102
MONTEREY, CA 93940

NIXIE 951 DE 1 00 12/14/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001913 *1055-05555-09-41

**DEVIN DERHAM-BURK**
CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

Creditor Inquiries
(408) 354-8151

PROTECTED WITH ANTI-COPY TECHNOLOGY RUB OR BREATHE ON RED IMAGE DISAPPEARS WITH HEAT

HERITAGE BANK OF COMMERCE
SAN JOSE, CALIFORNIA
90-4228
1211

**2467798**

DATE: Apr 16, 2010

PAY Exactly Sixteen And 65 / 100 Dollars

$ **********16.65

VOID 90 DAYS FROM DATE

TO THE ORDER OF
Clerk of the Court For
SALINAS VALLEY RADIOLOGISTS
945 S MAIN ST #201
SALINAS, CA 93901

*Devin Derham-Burk*
Chapter 13 Trustee

⑆2467798⑆ ⑈121142287⑈ 00152200 2⑆

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME

**DEVIN DERHAM-BURK**
CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

Creditor Inquiries
(408) 354-8151

PROTECTED WITH ANTI-COPY TECHNOLOGY RUB OR BREATHE ON RED IMAGE DISAPPEARS WITH HEAT

HERITAGE BANK OF COMMERCE
SAN JOSE, CALIFORNIA
90-4228
1211

**2466058**

DATE: Apr 06, 2010

PAY Exactly One And 00 / 100 Dollars

$ **********1.00

VOID 90 DAYS FROM DATE

TO THE ORDER OF
Clerk of the Court For
BRIAN LOYD INLOW DPM
1011 CASS ST #102
MONTEREY, CA 93940

*Devin Derham-Burk*
Chapter 13 Trustee

⑆2466058⑆ ⑈121142287⑈ 00152200 2⑆

Case: 05-51023   Doc# 37   Filed: 04/20/10   Entered: 04/26/10 14:15:43   Page 3 of 3