ORIGINAL

FILED
MAY 27 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ROOSEVELT NEWELL ) Case No. 05-51023 CN
)
SYLVIA P NEWELL ) **NOTICE OF UNCLAIMED DIVIDEND**
)
          Debtors )
)

The final dividend to Creditor, CBSJ FINANCIAL CORP in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $96.62 as an unclaimed dividend.

   Claim # 14    CBSJ FINANCIAL CORP
                  299 STOCKTON AVE
                  SAN JOSE, CA 95126-2763

Dated: May 20, 2010

                                          DEVIN DERHAM-BURK, TRUSTEE

R 13 TRUSTEE
BOX 50013
E, CA 95150-0013



RECEIVED

DEC 0 2 2009

Devin Derham-Burk
Trustee, Chapter 13

CBSJ FINANCIAL CORP
299 STOCKTON AVE
SAN JOSE, CA 95126-2763

UNABLE TO FORWARD

5150001313    *0856-03070-28-42  9515008013

NIXIE    951  CC 1    84 12/01/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 95150001313    *0856-03070-23-42

Case: 05-51023   Doc# 40   Filed: 05/27/10   Entered: 06/02/10 13:52:59   Page 2 of 3



# FAX

| | |
|---|---|
| **Date:** | March 16, 2010 |
| Number of pages including coversheet: | |

| To: | Kevin |
|---|---|
| Company | CBSJ |
| FAX# | 297-1426 |
| Re: | Address Changes |
| Case # | See attached copies of checks |

| From: | Teresa Camp |
|---|---|
| | OFFICE OF |
| | **Devin Derham-Burk, Trustee**<br>P O Box 50013<br>San Jose, CA  95150-0013 |
| Phone: | Attorneys:   (408) 354-4413<br>Debtors:       (408) 354-1345<br>Creditors:    (408) 354-8151 |
| FAX # | **(408) 354-5513** |

- [ ] Please review & contact the person named above
- [ ] Per your request
- [ ] For your information; no response necessary
- [ ] **For Immediate Attention**
- [ ] **For Appropriate Action**

I received your fax number from Devin (the Trustee).  Our office has been trying for the past year or so to have address changes for CBSJ filed with the United States Bankruptcy Court on cases that checks are being returned for a insufficient address.  For some reason these address changes are not being filed with the court so the Trustee is just processing them as "Possible Unclaimed Dividend" to the United States Bankruptcy Court at the close of the case.  I have attached a copy of all checks that are office has received back from the Post office and that we are holding to send to the Clerk of the Court.  If you could make sure that all of these cases have address changes with the court that would be great.  I have enclosed a "Notice of Change of Address" form that you can make copies of for each of the cases.  I will continue to send you copies of checks that have been or are returned so that address changes can be filed.

If you should have any questions, please feel free to contact me.

Thanks~Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.